### TOOMER *v.* WARREN.

FISH, P. J. 1. The material facts of this case being substantially the same as those involved in *Bell* v. *Dawson Grocery Company*, 120 *Ga.* 628, the rulings there made are controlling in the present case.

2. It is only where discovery is expressly prayed for in plaintiff's petition that two witnesses, or one witness and corroborating circumstances, are required to rebut the answer of defendant, as to facts within his own knowledge, responsive to the discovery sought. Civil Code, § 3950; Acts 1898, p. 53.

3. A judgment overruling a demurrer to a petition for injunction and receiver, rendered upon an interlocutory hearing in vacation before the appearance term, is a mere nullity. *Reynolds & Hamby Co.* v. *Kingsbery*, 118 *Ga.* 254.

*Judgment affirmed. All the Justices concur, except Simmons, C. J., absent.*

Argued May 25, — Decided June 17, 1905.

Injunction and receiver. Before Judge Martin. Pulaski superior court. April 7, 1905.

*W. D. Nottingham* and *D. R. Pearce*, for plaintiff in error. *W. L. & Warren Grice* and *T. S. Felder*, contra.